**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**ALEXANDRIA DIVISION**

| | |
|---|---|
| **RAFAEL DE JESUS MUNOZ LOPEZ** | **CIVIL DOCKET NO. 1:26-CV-1890-P** |
| **VERSUS** | **JUDGE S. MAURICE HICKS, JR.** |
| **BRIAN ACUNA, ET AL.** | **MAGISTRATE JUDGE HORNSBY** |

**MEMORANDUM ORDER**

Before the court is a petition for writ of habeas corpus filed on behalf of petitioner Rafael de Jesus Munoz Lopez, ("Petitioner"), pursuant to 28 U.S.C. §2241.

According to the ICE detainee locator service,[1] Petitioner is no longer detained and has either been deported or released.

Accordingly;

**IT IS ORDERED** that counsel for Petitioner confirm whether the petition is moot and, if so, file an appropriate motion within 14 days.

**THUS DONE AND SIGNED** in chambers, in Shreveport, Louisiana, this the 19th day of August 2026.

Mark L. Hornsby
U.S. Magistrate Judge

[1] https://locator.ice.gov/odls/#/search